# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHILDRESS,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | Case No. 1:26-cv-07251-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 13, 2026** |

On September 8, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for December 29, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, the defendant has not appeared or answered, nor has Plaintiff filed a summons returned executed or other proof of service.

Therefore, IT IS HEREBY ORDERED that **on or before November 13, 2026**, Plaintiff shall file a status report indicating the status of service upon the defendant; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the defendant to appear in this action; and/or whether Plaintiff intends to move for an entry of default.

/ / /

In addition, though not presently implicated, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m), and Plaintiff should move for an extension of time to effectuate service should it become necessary.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge