# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN CHILDRESS,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

Case No. 1:26-cv-07251-SAB

ORDER REGARDING PLAINTIFF'S REQUEST TO VACATE INITIAL SCHEDULING CONFERENCE

(ECF Nos. 5, 6)

An initial scheduling conference in this matter is set for December 29, 2026. (ECF No. 2.) On November 6, 2026, the Court ordered Plaintiff to file a status report regarding his readiness for the initial scheduling conference. (ECF No. 4.) On November 13, 2026, Plaintiff filed a response stating that he filed a motion to relate and/or consolidate cases in Chervinko v. Federal Express Corporation, Case No. 2:26-cv-01965-WBS-CSK (E.D. Cal.), the first-filed case in this District, and requested that the scheduling conference be continued pending disposition of the motion. (ECF No. 6.)

For good cause shown, the Court GRANTS Plaintiff's request and HEREBY ORDERS:

1. The initial scheduling conference set for December 29, 2026, is VACATED; and

/ / /

2. **Within seven (7) days** of the ruling on the motion to relate and/or consolidate cases, Plaintiff shall file a status report including whether an initial scheduling conference should be reset.

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge